IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  SESSIONS OF THE SUPREME      :  No. 439 Judicial Administration Docket
        COURT OF PENNSYLVANIA        :
        FOR THE YEAR 2016            :

**ORDER**

**PER CURIAM:**

 **AND NOW,** this 19th day of December, 2014, it is ordered that the argument/administrative sessions of the Supreme Court of Pennsylvania shall be held in the year 2016 as follows:

| | |
|---|---|
| Philadelphia (Administrative Session) | February 4th |
| Philadelphia | March 7th through March 11th |
| Harrisburg (Administrative Session) | March 31st |
| Pittsburgh | April 4th through April 8th |
| Harrisburg | May 9th through May 13th |
| Pittsburgh (Administrative Session) | June 2nd |
| Philadelphia | September 12th through September 16th |
| Pittsburgh | October 11th through October 14th |
| Harrisburg | December 5th through December 9th |

 Additional argument/administrative sessions may be scheduled as the Court deems necessary.